| | |
|---|---|
| 1 | Richard W. Vanis, Jr. (Bar No. 186302) |
| | rvanis@archernorris |
| 2 | Miguel P. Prietto, Jr. (Bar No. 265986) |
| | mprietto@archernorris |
| 3 | Geoffrey A. Graves (Bar No. 172205) |
| | ggraves@archernorris.com |
| 4 | ARCHER NORRIS |
| | 4695 MacArthur Court, Ste. 350 |
| 5 | Newport Beach, CA 92660-8816 |
| | Telephone:  949.975.8200 |
| 6 | Facsimile:   949.975.8210 |
| 7 | Attorneys for Cross-Defendant |
| | OAK SHORES SPE, LLC (ROE 1) |
| 8 | |
| | NO JS-6 |
| 9 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NACIMIENTO WATER COMPANY, INC., a California corporation,, | Case No.  CV13-07959 DDP (MRWx) |
| Plaintiff, | **JUDGMENT** |
| v. | Action Filed        May 20, 2013 |
| INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation and DOES 1-20, inclusive, | Judge:     Hon. Dean D. Pregerson |
| | Magistrate: Hon. Michael R. Wilner |
| | Trial Date: May 12, 2015 |
| | **[L.R. 56 and 58]** |
| Defendants. | |
| INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation, | DATE:     March 16, 2015 |
| | TIME:      10:00 a.m. |
| | DEPT.:     3 – 2nd Floor |
| Counter-Claimant and Cross-Claimant, | |
| v. | |
| NACIMIENTO WATER COMPANY, | |

| | |
|---|---|
| 1 | INC., a California corporation; SMS RESORTS, INC., a California corporation; JOHN E. KING; CAROLE E. KING,; JONATKIM ENTERPRISES, a California general partnership; OAK SHORES II SPE, LLC, a Nevada limited liability company, etc., et al., |
| | Counter-Defendants and Cross-Defendants. |

Through an Order dated March 19, 2015 (Dkt. No. 99, attached hereto as **Exhibit "1"**), this Court granted summary judgment in favor of Cross-Defendant OAK SHORES SPE, LLC (ROE 1) ("OAK SHORES") and against Defendant/Counter-Claimant/Cross-Claimant INTERNATIONAL FIDELITY INSURANCE COMPANY, INC. ("IFIC").

There are no remaining claims for relief or causes of action pending in this case with respect to OAK SHORES.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

1. Judgment be entered against IFIC and in favor OAK SHORES;

2. IFIC take nothing against OAK SHORES; and that,

3. OAK SHORES shall recover costs from IFIC according to proof.

IT IS SO ORDERED.

Date: March 27, 2015

Hon. Dean D. Pregerson
UNITED STATES DISTRICT JUDGE