Ali Salamirad, SBN 209043
Teresa L. Polk, SBN 111975
**SALAMIRAD, MORROW, TIMPANE & DUNN LLP**
17901 Von Karman Avenue, Suite 500
Irvine, California 92614
Tel: 949-477-8068; Fax: 949-477-8069
as@smtdlaw.com; tp@smtdlaw.com

NO JS-6

Attorneys for Defendant INTERNATIONAL FIDELITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| NACIMIENTO WATER COMPANY, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL FIDELITY INSURANCE COMPANY, et al,<br><br>　　　　Defendants.<br>_____<br>INTERNATIONAL FIDELITY INSURANCE COMPANY, ,<br><br>　　　　Counterclaimant and Crossclaimant,<br><br>　　v.<br><br>NACIMIENTO WATER COMPANY, INC., et al.,<br><br>　　　　Counterdefendants and Crossdefendants. | Case No. CV13-07959 DDP (MRWx)<br><br>**JUDGMENT ON COMPLAINT OF NACIMIENTO WATER COMPANY, INC.** |

**[PROPOSED] JUDGMENT ON COMPLAINT OF NACIMIENTO WATER COMPANY, INC.**

# JUDGMENT

Pursuant to the Order granting summary judgment herein (Docket 127), Judgment is hereby awarded and shall be entered in favor of Defendant International Fidelity Insurance Company and against Plaintiff Nacimiento Water Company, Inc. on the Complaint on file herein.  International Fidelity Insurance Company's counterclaim for declaratory relief against Nacimiento Water Company, Inc. is dismissed as moot. Defendant may recover costs of court according to the applicable rules. Any defendant motion for attorney fees shall be filed in accordance with the applicable rules.

DATED:  August 03, 2015

HON. DEAN D. PREGERSON