Paul F. Ready
State Bar No. 107469
**FARMER & READY**
A LAW CORPORATION
1254 Marsh Street
Post Office Box 1443
San Luis Obispo, CA  93406
Telephone: (805) 541-1626
Facsimile: (805) 541-0769
Email: pfready@farmerandready.com

Attorneys for Assignee Judgment Creditor
Los Lobos Investments, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| NACIMIENTO WATER COMPANY, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL FIDELITY INSURANCE COMPANY, et al, <br><br> Defendants. <br><br> INTERNATIONAL FIDELITY INSURNACE COMPANY, <br><br> Counterclaimant and Crossclaimant, <br><br> v. <br><br> NACIMIENTO WATER COMPANY, INC., et al., <br><br> Counterdefendants and Crossdefendants | Case No. 2:13-07959 DDP (MRWx) <br><br> **RENEWAL OF JUDGMENT BY CLERK** |

1

Judgment Debtors, JOHN E. KING, CAROLE KING, and SMS RESORTS, INC. (hereinafter referred to as "DEBTORS") having had Judgment entered against DEBTORS on July 8, 2016.

NOW, upon application of Assignee Judgment Creditor, LOS LOBOS INVESTMENTS, LLC, a California limited liability company (hereinafter referred to as "JUDGMENT CREDITOR"), and upon declaration that DEBTORS have failed to pay the total amount of said Judgment and is indebted to JUDGMENT CREDITOR.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Judgment against JUDGMENT DEBTORS be renewed as follows:

Renewal of Money Judgment:

a.    Total judgment: $1,550,000.00

b.    Costs after judgment: $0.00

c.    Credits after judgment: $0.00

d.    Interest after Judgment computed from July 8, 2016 through June 5, 2026 at 0.46% per annum: $69,159.09

e.    Total renewed judgment: $1,619,159.09

DATED: 6/5/2026 _____

_____, Deputy Clerk
CLERK OF THE COURT Brian D. Karth
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Presented by:

_____
Paul F. Ready
Attorneys for Assignee Judgment Creditor
Los Lobos Investments, LLC

2